IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dooley, Bruce

Printed: 11/04/08

Case Number: 07 B 11345
Judge: Hollis, Pamela S
Filed: 6/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 22, 2008
Confirmed: October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,792.41 |  |
| Secured: |  | 5,681.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,586.95 |
| Trustee Fee: |  | 523.73 |
| Other Funds: |  | 0.00 |
| Totals: | 8,792.41 | 8,792.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 2,180.19 |
| 2. | Amy A. Aronson | Administrative | 650.00 | 406.76 |
| 3. | First Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Chicago Post Office Employee C U | Secured | 0.00 | 0.00 |
| 5. | Bell Leasing Brokerage, LLC | Secured | 13,730.08 | 5,681.73 |
| 6. | Internal Revenue Service | Priority | 5,073.50 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 1,066.37 | 0.00 |
| 8. | Americash Loans | Unsecured | 3,261.58 | 0.00 |
| 9. | Activity Collection Svc | Unsecured | 52.52 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 363.95 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 724.80 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 1,014.71 | 0.00 |
| 13. | Bell Leasing Brokerage, LLC | Unsecured | 0.38 | 0.00 |
| 14. | Verizon Wireless Midwest | Unsecured | 654.05 | 0.00 |
| 15. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 17. | Cash Call | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| | | | $ 30,075.94 | $ 8,268.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dooley, Bruce

Printed: 11/04/08

Case Number: 07 B 11345
Judge: Hollis, Pamela S
Filed: 6/26/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 235.90 |
| 6.5% | 269.85 |
| 6.6% | 17.98 |
|  | $ 523.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

